# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Larkins, John K. | 2. Court or Organization  U.S. District Court, N.D. Ga. | 3. Date of Report  04/25/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Magistrate Judge, Full Time | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☑ Initial ☐ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2015 to 04/13/2016 |

**7. Chambers or Office Address**

1837 U.S. Courthouse
75 Ted Turner Drive
Atlanta, GA 30303

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Attorney | Chilivis Cochran Larkins & Bever LLP |
| 2. | Director | Atlanta Bar Association CLE Board |
| 3. | Attorney | Rogers & Hardin LLP |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2016 | Chilivis Cochran Larkins & Bever, LLP, residual collections |
| 2. | 2015 | American Legal Media, coauthor legal treatise |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 04/25/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014-2016 | Chilivis Cochran Larkins & Bever LLP - Salary and Collections | $384,908.39 |
| 2. 2014 | Rogers & Hardin LLP - Salary | $2,028.41 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015, 2016 | Fidelity National Information Services, Inc. - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. EXEMPT | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 04/25/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Discover Bank | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 3M COMPANY | A | Dividend | | | Exempt | | | | |
| 2. ABBOTT LABORATORIES | A | Dividend | | | Exempt | | | | |
| 3. ACE LTD | A | Dividend | | | Exempt | | | | |
| 4. ALPHABET INC CL C (FKA GOOGLE, INC) | | None | | | Exempt | | | | |
| 5. AMERICAN EXPRESS BOND | A | Interest | J | T | Exempt | | | | |
| 6. AMERICAN TOWER REIT COM | A | Dividend | | | Exempt | | | | |
| 7. APPLE INC | A | Dividend | | | Exempt | | | | |
| 8. AT&T INC | A | Dividend | | | Exempt | | | | |
| 9. AT&T INC BOND | | None | J | T | Exempt | | | | |
| 10. BANK OF AMERICA BOND | A | Interest | J | T | Exempt | | | | |
| 11. BANK OF AMERICA BOND | A | Interest | | | Exempt | | | | |
| 12. BAXALTA INC COM | A | Dividend | | | Exempt | | | | |
| 13. BAXTER INTL INC | A | Dividend | | | Exempt | | | | |
| 14. BB&T CORPORATION BOND | A | Interest | K | T | Exempt | | | | |
| 15. BLACKROCK INC | A | Dividend | | | Exempt | | | | |
| 16. CALIFORNIA RESOURCES CORP (COMMON) | | None | | | Exempt | | | | |
| 17. CAPITAL ONE FINANCIAL CORP | A | Dividend | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CBS CORP NEW CL B SHRS | A | Dividend | | | Exempt | | | | |
| 19. CHEVRON CORP | A | Dividend | | | Exempt | | | | |
| 20. CITIGROUP INC BOND | A | Interest | J | T | Exempt | | | | |
| 21. COLGATE PALMOLIVE CO | A | Dividend | | | Exempt | | | | |
| 22. COMCAST CORP CLASS A | A | Dividend | | | Exempt | | | | |
| 23. COSTCO WHOLESALE CORP NEW | A | Dividend | | | Exempt | | | | |
| 24. COVIDIEN PLC | A | Dividend | | | Exempt | | | | |
| 25. DANAHER CORPORATION | A | Dividend | | | Exempt | | | | |
| 26. DELPHI AUTOMOTIVE PLC | A | Dividend | | | Exempt | | | | |
| 27. EBAY INC | | None | | | Exempt | | | | |
| 28. EMC CORP MASS | A | Dividend | | | Exempt | | | | |
| 29. EOG RESOURCES INC | A | Dividend | | | Exempt | | | | |
| 30. FACEBOOK INC CLASS A | | None | | | Exempt | | | | |
| 31. GENERAL ELECTRIC CAPITAL CORP BOND | A | Interest | | | Exempt | | | | |
| 32. GOLDMAN SACHS GROUP INC BOND | A | Interest | J | T | Exempt | | | | |
| 33. GOLDMAN SACHS GROUP INC BOND | | None | | | Exempt | | | | |
| 34. GOLDMAN SACHS GROUP INC BOND | A | Interest | | | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GOLDMAN SACHS GROUP INC BOND | A | Interest | J | T | Exempt | | | | |
| 36. GOLDMAN SACHS GRP INC | A | Dividend | | | Exempt | | | | |
| 37. HIGHLAND FLTG RATE OPPORT C | A | Dividend | J | T | Exempt | | | | |
| 38. HOME DEPOT INC | A | Dividend | | | Exempt | | | | |
| 39. HONEYWELL INTERNATIONAL INC | A | Dividend | | | Exempt | | | | |
| 40. HSBC FINANCE CORP BOND | A | Interest | | | Exempt | | | | |
| 41. ISHARES MSCI EAFE ETF | A | Dividend | | | Exempt | | | | |
| 42. ISHARES MSCI EMERGING MKTS ETF | A | Dividend | | | Exempt | | | | |
| 43. ISHARES MSCI JAPAN ETF | | None | | | Exempt | | | | |
| 44. ISHARES MSCI PAC EX-JPN ETF | A | Dividend | | | Exempt | | | | |
| 45. ISHARES NASDAQ BIOTECH ETF | A | Dividend | | | Exempt | | | | |
| 46. ISHARES S&P MID-CAP 400 G ETF | A | Dividend | | | Exempt | | | | |
| 47. ISHARES S&P MID-CAP 400 V ETF | A | Dividend | | | Exempt | | | | |
| 48. ISHARES S&P SMALL-CAP 600 V ETF | A | Dividend | J | T | Exempt | | | | |
| 49. ISHARES SMALL CAP 600 G ETF | A | Dividend | | | Exempt | | | | |
| 50. JP MORGAN CHASE & CO BOND | A | Interest | K | T | Exempt | | | | |
| 51. JP MORGAN CHASE & CO BOND | B | Interest | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JPMORGAN CHASE & CO | A | Dividend | | | Exempt | | | | |
| 53. KINDER MORGAN INCORP | A | Dividend | | | Exempt | | | | |
| 54. KRAFT HEINZ CO | A | Dividend | | | Exempt | | | | |
| 55. LOCKHEED MARTIN CORP | A | Dividend | | | Exempt | | | | |
| 56. MACY'S INC | A | Dividend | | | Exempt | | | | |
| 57. MEDTRONIC PLC SHS EXCHANGE | A | Dividend | | | Exempt | | | | |
| 58. MERRILL LYNCH & CO INC BOND | B | Interest | J | T | Exempt | | | | |
| 59. MICROSOFT CORP | A | Dividend | | | Exempt | | | | |
| 60. MORGAN STANLEY BOND | A | Interest | J | T | Exempt | | | | |
| 61. NATL CITY BANK BOND | A | Interest | J | T | Exempt | | | | |
| 62. NEXTERA ENERGY INC COM | A | Dividend | | | Exempt | | | | |
| 63. NIKE INC B | A | Dividend | | | Exempt | | | | |
| 64. OCCIDENTAL PETROLEUM CORP DE | A | Dividend | | | Exempt | | | | |
| 65. ORACLE CORP | A | Dividend | | | Exempt | | | | |
| 66. PAYPAL HLDGS INC COM | | None | | | Exempt | | | | |
| 67. PEPSICO INC NC | A | Dividend | | | Exempt | | | | |
| 68. PHILIP MORRIS INTL INC | A | Dividend | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PNC BANK N.A. BOND | A | Interest | J | T | Exempt | | | | |
| 70. PNC FINANCIAL SERVICES GROUP | A | Dividend | | | Exempt | | | | |
| 71. PRUDENTIAL SHORT DURATION HIGH YIELD FUND INC | A | Dividend | | | Exempt | | | | |
| 72. QUALCOMM INC | | None | | | Exempt | | | | |
| 73. SCHLUMBERGER LTD | A | Dividend | | | Exempt | | | | |
| 74. SPDR S&P 500 ETF TRUST | B | Dividend | J | T | Exempt | | | | |
| 75. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | J | T | Exempt | | | | |
| 76. STARBUCKS CORP WASHINGTON | A | Dividend | | | Exempt | | | | |
| 77. STARWOOD HTLS & RSTS WW INC | A | Dividend | | | Exempt | | | | |
| 78. SYSCO CORP | A | Dividend | | | Exempt | | | | |
| 79. THERMO FISHER SCIENTIFIC | A | Dividend | | | Exempt | | | | |
| 80. TRAVELERS COMPANIES INC BOND | A | Interest | J | T | Exempt | | | | |
| 81. UNION PACIFIC CORP | A | Dividend | | | Exempt | | | | |
| 82. UNITED TECHNOLOGIES CORP | A | Dividend | | | Exempt | | | | |
| 83. UNITEDHEALTH GP INC | A | Dividend | | | Exempt | | | | |
| 84. VANGUARD FTSE DEVELOPED MKTS E | | None | K | T | Exempt | | | | |
| 85. VANGUARD INTL EQUITY INDEX FD | A | Dividend | K | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. VANGUARD LARGE CAP ETF | B | Dividend | N | T | Exempt | | | | |
| 87. VANGUARD MID-CAP ETF INDEX | A | Dividend | L | T | Exempt | | | | |
| 88. VANGUARD SM CAP GROWTH ETF | A | Dividend | J | T | Exempt | | | | |
| 89. VANGUARD SMALL CAP ETF | | None | K | T | Exempt | | | | |
| 90. VISA INC CL A | A | Dividend | | | Exempt | | | | |
| 91. VOYA GLOBAL BOND A | A | Interest | J | T | Exempt | | | | |
| 92. WALT DISNEY CO HLDG CO | A | Dividend | | | Exempt | | | | |
| 93. WELLS FARGO & CO NEW | A | Dividend | | | Exempt | | | | |
| 94. WELLS FARGO & COMPANY BOND | | None | J | T | Exempt | | | | |
| 95. WELLS FARGO & COMPANY BOND | A | Interest | J | T | Exempt | | | | |
| 96. WILLIAMS CO INC | A | Dividend | | | Exempt | | | | |
| 97. WISDOMTREE TRUST JAPAN HEDGED EQUITY FUND | A | Dividend | | | Exempt | | | | |
| 98. MCCORMICK & CO | A | Dividend | J | T | Exempt | | | | |
| 99. SUNTRUST BANK, N.A. ACCOUNTS | A | Interest | K | T | Exempt | | | | |
| 100. GEORGIA COMMERCE BANK ACCOUNT | A | Interest | | | Exempt | | | | |
| 101. VANGUARD TARGET RET 2045 FUND | A | Dividend | J | T | Exempt | | | | |
| 102. FIS GLOBAL | | None | | | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. TIAA-CREF MANAGED ALLOCATION 5-8 | | None | K | T | Exempt | | | | |
| 104. TIAA-CREF MANAGED ALLOCATION 0-4 | | None | | | Exempt | | | | |
| 105. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Larkins, John K. | 04/25/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John K. Larkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544